# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: PFF Bancorp, Inc. ERISA Litigation | CASE NO. CV 08-01093 SVW (PLAx)<br><br>**ORDER RE: STIPULATION AND PROTECTIVE ORDER** |

Upon review of the Stipulation and Protective Order submitted by the parties, and the revisions which they made in response to the Order of this Court dated July 12, 2010, IT IS SO ORDERED, **as modified by Court.**

Dated: July 23, 2010

_____
Magistrate Judge Paul L. Abrams